**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark, LLC
1500 SW First Ave, Suite 1000
Portland, Oregon 97204
Telephone: (503) 308-4770

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JEREMIAH COOK**, an individual, | Case No. 3:24-cv-01481-AB |
| Plaintiff, | |
| v. | **JOINT RULE 26(F) REPORT & MOTION FOR EXTENTION OF PRETRIAL DEADLINES** |
| **TEQUILA THURMAN** in her individual capacity, **CARRIE HUTCHISON** in her individual capacity, and **RYAN LUFKIN** in his individual capacity; | |
| Defendants. | |

On October 31, 2024 the parties conducted a Fed. R. Civ. P. Rule 26(f) and Local Rule

26-1 conference. The following counsel agreed to this joint report and proposed discovery plan:

J. Ashlee Albies on behalf of Plaintiff and Michelle Enfield & Michael Washington from the

Oregon Department of Justice on behalf of Defendant Lufkin, Andrea Coit from Hutchinson Cox

on behalf of Defendant Hutchison, and Michael Porter from the City of Portland on behalf of

Defendant Thurman. The parties report as follows:

/ / /

/ / /

1. <u>Initial Disclosures</u>:   The parties have agreed to December 6, 2024 deadline for initial disclosures.

2. <u>Subjects of Discovery</u>:  The parties anticipate discovery will be had on the claims and issues raised by Plaintiff in his Complaint, and the claims and issues raised by Defendants' Answers and Affirmative Defenses.

3. <u>Claims of Privilege or Protection</u>:  The parties will confer on any discovery disputes concerning any applicable privilege and/or protection as to trial preparation materials prior to seeking judicial assistance. If the parties cannot come to an agreement on any areas of dispute, the parties will follow the applicable provisions in the Federal Rules of Civil Procedure and Local Rules concerning discovery disputes.

4. The parties agree that discovery exchanged in this case will require a Protective Order, and the parties anticipate needing the Court's assistance regarding proposed language which deviates from the Oregon District Court's Tier 2 or Tier 1 Protective Orders.

5. The parties agreed to defer ESI discussions until after the initial disclosures, and agree to provide native format to the best of their ability. The parties anticipate that Defendants' ESI discovery may require an agreement by the parties on search terms, which may require the Court's attention if the parties cannot come to agreement. The parties do not foresee any other significant ESI issues.

6. The parties agree to give 7 days' notice of intent to serve any subpoenas under Fed. R. Civ. P. 45, to allow for any objections, conferrals, and modifications before service.

The parties discussed the current pre-trial deadlines and agree additional time is

necessary. The parties request that the current deadlines be extended as follows:

| File all pleadings pursuant to Fed. R. Civ. P 7(a) and 15 | April 1, 2025 |
|---|---|
| Join all claims, remedies, and parties pursuant to Fed. R. Civ. P. 18 & 19 | April 1, 2025 |
| Complete all fact discovery | May 1, 2025 |
| File all dispositive motions | June 1, 2025 |
| Experts Disclosure/Reports | 30 days after the Court's ruling on dispositive motions |
| Expert Rebuttal Reports | 14 days after Expert Reports |
| Close of Expert Discovery | 30 days after Expert Disclosure/Reports. |
| Joint ADR report/Pretrial Report Deadline | 30 days after the Court's ruling on dispositive motions |

This motion is not made for purposes of delay.

/ / /

**ALBIES & STARK**
**ATTORNEYS AT LAW**
1500 SW FIRST AVE. #1000, PORTLAND, OR 97204
TEL 503.308.4770 | FAX 503.427.9292

Respectfully submitted this 8th day of November 2024.

*s/ J. Ashlee Albies*
J. Ashlee Albies, OSB No. 051846
Maya Rinta, OSB No. 195058
ashlee@albiesstark.com
maya@albiesstark.com

*Attorneys for Plaintiff*

*s/ Andrea Coit*
Andrea Coit, OSB No. 002640
Johnathan Hood, OSB No. 133872
acoit@eugenelaw.com
jhood@eugenelaw.com

*Attorneys for Defendant Carrie Hutchinson*

*s/ Michelle Ensfield*
Michelle Enfield, OSB No. 152293
Michael Washington, OSB No. 873679
Michelle.enfield@doj.oregon.gov
Michael.r.washington@doj.oregon.gov

*Attorneys for Defendant Ryan Lufkin*

*s/ Michael Porter*
Michael Porter, OSB No. 211377
Mike.porter@portlandoregon.gov

*Attorney for Defendant Tequila Thurman*