MICHAEL K. PORTER, OSB No. 211377
Sr. Deputy City Attorney
mike.porter@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Counsel for Defendant City of Portland*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JEREMIAH COOK**, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**TEQUILA THURMAN** in her individual capacity, **CARRIE HUTCHISON** in her individual capacity, and **RYAN LUFKIN** in his individual capacity,<br><br>　　　　Defendants. | Case No. 3:24-cv-01481-AB<br><br>**DECLARATION OF MICHAEL K. PORTER**<br><br>**(In Support of Unopposed Motion for Leave to Conduct Deposition of Devin Rowell)** |

I, Michael K. Porter, Sr. Deputy City Attorney, declare as follows:

　　1.　　I make this declaration in support of Unopposed Motion for Leave to Conduct Deposition of Devin Rowell.

　　2.　　I seek to depose Devin Alexander Rowell who is currently incarcerated.

　　3.　　According to Oregon Department of Corrections Oregon Offender Search, Devin Alexander Rowell is currently incarcerated at Two Rivers Correctional Institution with an Earliest Release Date of May 22, 2026.

　　4.　　The testimony of Devin Rowell is necessary because it is relevant to several defenses at issue in this suit. It is alleged that Plaintiff Cook sold drugs that lead to the overdose of Cole Culver, that Mr. Cook was misled as to the status of Mr. Culver, and that the erroneous

Page  1  –  DECLARATION OF MICHAEL K. PORTER

statements allegedly made to Mr. Cook caused him to plead or accept a sentence longer than he might otherwise have received. Mr. Rowell was convicted as part of the conspiracy to delivery drugs to Mr. Culver and is the source of drugs, per the entered pleas for Mr. Cook. As such his knowledge of the underlying criminal conspiracy and of any statements made to defendants in that criminal case are relevant to the defense of this matter.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED:  March 24, 2025

/s/ Michael K. Porter
Michael K. Porter

Page  2  –   DECLARATION OF MICHAEL K. PORTER