MICHAEL K. PORTER, OSB No. 211377
Sr. Deputy City Attorney
mike.porter@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
*Counsel for Defendant Tequila Thurman*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JEREMIAH COOK**, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>**TEQUILA THURMAN** in her individual capacity, **CARRIE HUTCHISON** in her individual capacity, and **RYAN LUFKIN** in his individual capacity,<br><br>  Defendants. | Case No. **3:24-cv-01481-AB**<br><br>**UNOPPOSED MOTION FOR EXTENSION OF DEADLINES** |

Pursuant to Rule 6(b) of the Fed. R. Civ. P., Defendant Thurman hereby moves the court for an order modifying the scheduling order and allowing an extension of time of deadlines in this case. Counsel for Defendant Thurman has conferred with counsel for Plaintiff Cook and Defendants Hutchison and Lufkin, and this motion is unopposed.

Specifically, Defendant Thurman requests an extension of time for the following deadlines:

| Deadline Description | Current Date | Proposed Date |
|---|---|---|
| Add parties/Amend Complaint | 04/01/25 | 06/02/25 |
| Discovery | 05/01/25 | 06/30/25 |
| Joint ADR Report | 05/15/25 | 07/14/25 |

Page  1  –  UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

| | | |
|---|---|---|
| Dispositive Motions | 06/01/25 | 07/25/25 |
| Oral Argument on Dispositive Motions | 08/04/25 | 09/08/25 or after |
| Expert Disclosure and Reports | 30 days from ruling on dispositive motions | 7/01/2025 |
| Exchange of Expert Rebuttal Reports | 14 days after Expert Reports | 14 days after Expert Reports |
| Expert Discovery Deadline | 30 days after Expert Reports | 45 days after Expert reports |
| Pretrial Order | 11/07/25 | Keep Same |
| Pretrial Conference | 12/08/25 | Keep same |
| 3-day Jury Trial | 12/16/25 | Keep same |

This motion is based upon the complete court file and upon the declaration of Michael K. Porter, filed herewith.

DATED: April 9, 2025

Respectfully submitted,

/s/ Michael K. Porter
MICHAEL K. PORTER, OSB No. 211377
Senior Deputy City Attorney
mike.porter@portlandoregon.gov
*Counsel for Defendant Tequila Thurman*

Page 2 – UNOPPOSED MOTION FOR EXTENSION OF DEADLINES