**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark, LLC
1500 SW First Ave, Suite 1000
Portland, Oregon 97204
Telephone: (503) 308-4770

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JEREMIAH COOK**, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**TEQUILA THURMAN** in her individual capacity, **CARRIE HUTCHISON** in her individual capacity, and **RYAN LUFKIN** in his individual capacity;<br><br>　　　　Defendants. | Case No. 3:24-cv-01481-AB<br><br>**JOINT MOTION FOR EXTENTION OF PRETRIAL DEADLINES** |

　　　　On October 31, 2024 the parties conducted a Fed. R. Civ. P. Rule 26(f) and Local Rule 26-1 conference, and filed a joint FRCP 26(f) report along with a joint motion to extend pretrial deadlines, which this court adopted. ECF 19. On April 9, 2024, Defendant Thurman filed an unopposed motion to extend the pre-trial deadlines in this case, which this Court granted. ECF 26. The parties have continued to engage in discovery in this case and have scheduled depositions in this case in early June 2025 due to availability of the parties and counsel. The parties have discussed the current pre-trial deadlines and agree additional time is necessary. The parties request that the current deadlines be extended as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| File all pleadings pursuant to Fed. R. Civ. P 7(a) and 15 | June 2, 2025 | July 17, 2025 |
| Join all claims, remedies, and parties pursuant to Fed. R. Civ. P. 18 & 19 | June 2, 2025 | July 17, 2025 |
| Complete all fact discovery | June 30, 2025 | August 14, 2025 |
| Joint ADR report | July 14, 2025 | 30 days after the Court's ruling on dispositive motions |
| File all dispositive motions | July 25, 2025 | September 8, 2025 |
| Oral Argument on Dispositive Motions | October 6, 2025 | *[At a date convenient for the Court, preferably on or after October 20, 2025]* |
| Experts Disclosure/Reports | 30 days after the Court's ruling on dispositive motions | 30 days after the Court's ruling on dispositive motions |
| Expert Rebuttal Reports | 14 days after Expert Reports | 14 days after Expert Reports |
| Close of Expert Discovery | 30 days after Expert Disclosure/Reports | 30 days after Expert Disclosure/Reports |
| Pretrial Order | February 23, 2026 | February 23, 2026 |
| Pretrial Conference | March 23, 2026 | *[At a date convenient for the Court; the parties are available any day March 13-20, 2026]* |
| Jury Trial | March 31, 2026 | March 31, 2026 |

This motion is not made for purposes of delay.

Respectfully submitted this 23rd day of April, 2025.

*s/ J. Ashlee Albies*
J. Ashlee Albies, OSB No. 051846
Maya Rinta, OSB No. 195058
ashlee@albiesstark.com
maya@albiesstark.com

*Attorneys for Plaintiff*

*s/ Andrea Coit*
Andrea Coit, OSB No. 002640
Johnathan Hood, OSB No. 133872
acoit@eugenelaw.com
jhood@eugenelaw.com

*Attorneys for Defendant Carrie Hutchinson*

*s/ Michelle Enfield*
Michelle Enfield, OSB No. 152293
Michael Washington, OSB No. 873679
Michelle.enfield@doj.oregon.gov
Michael.r.washington@doj.oregon.gov

*Attorneys for Defendant Ryan Lufkin*

<u>s/ Michael Porter</u>
Michael Porter, OSB No. 211377
Mike.porter@portlandoregon.gov

*Attorney for Defendant Tequila Thurman*