MICHAEL K. PORTER, OSB No. 211377
Sr. Deputy City Attorney
mike.porter@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
*Counsel for Defendant Tequila Thurman*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JEREMIAH COOK**, an individual,<br><br>         Plaintiff,<br><br>    v.<br><br>**TEQUILA THURMAN** in her individual capacity, **CARRIE HUTCHISON** in her individual capacity, and **RYAN LUFKIN** in his individual capacity,<br><br>         Defendants. | Case No. 3:24-cv-01481-AB<br><br>**OFFER OF JUDGMENT** |

Pursuant to Fed. R. Civ. P. 68, defendants Tequila Thurman and Carrie Hutchison hereby offer to allow judgment in the above-captioned matter to be taken against it by plaintiff Jeremiah Cook for the sum of forty-five thousand and one and no/100 Dollars ($45,001), plus costs, and including reasonable attorney's fees to be determined by the Court, incurred as of the date of this offer, and the dismissal with prejudice of defendants Tequila Thurman and Carrie Hutchison. This Offer of Judgment is made for the purposes specified in Rule 68, Federal Rules of Civil Procedure, and is not to be construed either as an admission that defendants Thurman and Hutchison are liable in this action, or that the plaintiff has suffered damages.  Any Judgment entered as a result of this offer must state that the Judgment shall not be construed as an admission of liability nor an admission that plaintiff suffered any damages.  This Offer of

Page  1  –  OFFER OF JUDGMENT

Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

This Offer of Judgment is accepted this __5th__ day of ___May___, 2025.

*s/ J. Ashlee Albies*
J. ASHLEE ALBIES, OSB No. 051846

DATED:  April 22, 2025

Respectfully submitted,

*/s/ Michael K. Porter*
MICHAEL K. PORTER, OSB No. 211377
Senior Deputy City Attorney
mike.porter@portlandoregon.gov
*Counsel for Defendant Tequila Thurman*

*/s/ Andrea Coit*
ANDREA COIT, OSB No. 002640
Attorney at Law
acoit@eugenelaw.com
*Counsel for Defendant Carrie Hutchison*

Page  2  –  OFFER OF JUDGMENT

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing OFFER OF JUDGMENT on:

J. Ashlee Albies
Maya Rinta
Albies, Stark & Guerriero
1500 SW First Ave., Suite 1000
Portland, OR 97201
ashlee@albiesstark.com
maya@albiesstark.com

*Counsel for Plaintiff*

on April 22, 2025, by causing a full, true and correct copy thereof, addressed to the last-known address (or fax number) of said attorney, to be sent by the following method(s):

☒     by **USPS Certified Mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal Service in Portland, Oregon.

☐     by **hand delivery.**

☒     by **email** pursuant to LR 5-9(b).

☐     by **facsimile transmission.**

☐     by **email.**

*/s/ Michael K. Porter*
MICHAEL K. PORTER, OSB # 211377
Sr. Deputy City Attorney
mike.porter@portlandoregon.gov
*Of Attorneys for Defendant Tequila Thurman*

Page 1 – CERTIFICATE OF SERVICE