DAN RAYFIELD
Attorney General
MICHELLE ENFIELD  #152293
Senior Assistant Attorney General
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
MICHAEL R. WASHINGTON #873679
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: michelle.enfield@doj.oregon.gov
       Michael.R.Washington@doj.oregon.gov

Attorneys for Defendant Ryan Lufkin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JEREMIAH COOK, an individual, | Case No.  3:24-cv-01481-AB |
| Plaintiff, | JOINT ALTERNATE DISPUTE RESOLUTION REPORT |
| v. | |
| RYAN LUFKIN in his individual capacity, | |
| Defendant. | |

Pursuant to LR 16-4(d) and the Court's order dated April 25, 2025 (Doc. # 28), the remaining parties are required to confer regarding ADR and file this report by August 25, 2025. This report is submitted in compliance with LR 16-4(d) and the Court's order.

1.    Have counsel held settlement discussions with their clients and opposing party? Yes.

Page 1 -  JOINT ALTERNATE DISPUTE RESOLUTION REPORT
    ME1/rrc/997510413

2. The parties propose: (check one of the following)

___ (a)   That this case be referred to a neutral of their choice for ADR not sponsored by the court pursuant to LR 16-4(e)(1).

___ (b)   That the court refer this case to mediation using a Court-sponsored mediator or staff mediator.  (See LR 16-4(f) for Court-sponsored mediation procedures).  The parties seek a Court mediator because:

_____

_____

___ (c)   ADR may be helpful at a later date following completion of: Discovery

___ (d)   The parties believe the court would be of assistance in preparing for ADR by:

_X_ (e)   The parties do not believe that any form of ADR will assist in the resolution of this case.

___ (f)   Other:

Dated:   August 19, 2025

*s/ Michelle Enfield*
Michelle Enfield, OSB No. 152293
Of Attorneys for Defendant

Dated:   August 19, 2025

*s/ J. Ashlee Albies*
J. Ashlee Albies, OSB No. 051846
Attorney for Plaintiff

Page 2 -   JOINT ALTERNATE DISPUTE RESOLUTION REPORT
ME1/rrc/997510413